IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNY BURTON #312-863 | : |
|     Plaintiff | : |
| v. | :    CIVIL ACTION NO. AW-07-314 |
| WARDEN | : |
|     Defendant | : |

## MEMORANDUM OPINION

Pending is a pro se civil rights complaint filed by Kenny Burton, a state inmate, alleging that he was assaulted while incarcerated at the Maryland Reception, Diagnostic & Classification Center and guards did not come to his assistance. The Court will dismiss the Complaint without prejudice.

On February 26, 2007, the Court granted Burton twenty days to file a motion to proceed in forma pauperis or submit the civil filing fee. The Court also granted him twenty days to supplement the complaint by providing the name of the correctional officer. Additionally, mail sent to Burton has been returned as undeliverable. Pursuant to Local Rule 102, Burton is required to notify this court of any change of address. Having failed to do so, and absent the supplemental information required for this matter to proceed, the Court will dismiss the Complaint without prejudice. A separate order follows.

March 21, 2007

                                                /s/
                                  Alexander Williams, Jr.
                                  United States District Judge